IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON R. FULLER,

    Plaintiff,

v.

PATRICIA HEINTZ/CANDEE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-305-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Patricia Heintz/Candee DISMISSING plaintiff Jason R. Fuller's case with prejudice.

By: L. Jensen, Deputy Clerk
Joel W. Turner, Acting Clerk of Court

AUG 1 1 2008
Date