IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON R. FULLER,

    Plaintiff,

v.

PATRICIA HEINTZ/CANDEE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-305-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Patricia Heintz/Candee against plaintiff Jason R. Fuller in the amount of $66,444.02 for attorney fees and costs under 15 U.S.C. § 1117(a); and in favor of defendant Patricia Heintz/Candee against counsel Michael T. Hopkins and plaintiff Jason R. Fuller, jointly and severally, in the amount of $5,833.00 for attorney fees under 28 U.S.C. § 1927.

Approved as to form this 31st day of December, 2008.

_____
BARBARA B. CRABB, District Judge

_____    1/02/09
Peter Oppeneer, Clerk of Court    Date